# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2022-2955
LT Case No. 2022-MM-001019-A
_____

ALONZO JEREAUX CAMACHO
LYLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Seminole County.
John L. Woodard, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa Marie
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

May 14, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____